**E-Filed 5/20/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FRANK BERTUCCIO, | Case No. C 09-5454 JF |
| Appellant, | BR Case No. 04-56255 ASW |
| v. | **ORDER REFERRING CASE TO JUDGE WARE FOR CONSIDERATION OF RELATED CASE STATUS** |
| CALIFORNIA CONTRACTORS STATE LICENSE BOARD, | |
| Respondent. | |

Pursuant to Civil Local Rule 3-12(c), the above entitled case is referred to the Honorable James Ware for a determination whether this case is related to Case Nos. C 09-5209 JW and C 09-5292 JW.

IT IS SO ORDERED.

DATED: May 19, 2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-5454 JF
ORDER REFERRING CASE TO JUDGE WARE FOR CONSIDERATION OF RELATED CASE STATUS
(JFLC2)
1